UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GARCIA, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>S & F MARKET STREET HEALTHCARE LLC, d/b/a WINDSOR CONVALESCENT CENTER OF NORTH LONG BEACH,<br><br>Respondent. | CV 12-1773 PA (VBKx)<br><br>ORDER GRANTING TEMPORARY INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT |

In accordance with the Court's April 17, 2012 Order Granting the Petition for Temporary Injunction filed by petitioner Olivia Garcia ("Petitioner"), the Court has concluded that Petitioner is likely to successfully establish in administrative proceedings that respondent S&F Market Street Healthcare LLC, d/b/a Windsor Convalescent Center of North Long Beach ("Respondent"), has engaged in and is engaging in conduct in violation of Sections 8(a)(1) and (5) of the National Labor Relations Act, 29 U.S.C. §§

- 1 -

158(a)(1), (5), and that such acts and conduct will likely be repeated or continued unless enjoined.

IT IS HEREBY ORDERED that, pending the final disposition by the National Labor Relations Board of the matters involving the parties to this action, Respondent S&F Market Street Healthcare LLC, d/b/a Windsor Convalescent Center of North Long Beach, its officers, and agents, are:

1. Enjoined and restrained from:

   A. Refusing to bargain in good faith with the Service Employees International Union, United Long Term Care Workers, Local 6434 with respect to rates of pay, hours of employment and other terms and conditions of employment for the following employees:

   Included: All full-time and regular part-time nurses aides, certified nurse assistants, restorative aides, orderlies, dietary employees, activity assistants and housekeeping employees employed by Respondent at its facility located at 260 East Market Street, Long Beach, California.

   Excluded: All other employees, office clerical employees, professional employees, guards and supervisors as defined in the National Labor Relations Act.

   B. In any other manner failing or refusing to bargain in good faith with the Service Employees International Union, United Long Term Care Workers, Local 6434,

with respect to rates of pay, hours of employment, and other terms and conditions of employment for the employees described above in paragraph (a).

C. In any like or related manner interfering with, restraining, or coercing employees in the exercise of the rights guaranteed them by Section 7 of the National Labor Relations Act, 29 U.S.C. § 157.

2. Directed to:

A. Upon request, recognize and bargain in good faith with the Service Employees International Union, United Long Term Care Workers, Local 6434, with respect to rates of pay, hours of work and other terms and conditions of employment covering the following employees, which constitutes a unit appropriate for the purposes of collective bargaining within the meaning of Section 9(b) of the National Labor Relations Act, 29 U.S.C. § 159(b):

Included: All full-time and regular part-time nurses aides, certified nurse assistants, restorative aides, orderlies, dietary employees, activity assistants and housekeeping employees employed by Respondent at its facility located at 260 East Market Street, Long Beach, California.

Excluded: All other employees, office clerical employees, professional employees, guards and supervisors as defined in the National Labor Relations Act.

B. Post copies of the this Order, in English and Spanish, at Respondent's facility located at 260 East Market Street, Long Beach, California in all places where

notices to employees are posted; maintain these postings for the duration of the proceedings, during the National Labor Relations Board's Administrative proceeding free from all obstructions and defacements; and grant all employees free and unrestricted access to said postings;

C. Grant to agents of the National Labor Relations Board reasonable access to the facility to monitor compliance with this posting requirement; and

D. Within twenty (20) days of the issuance of the District Court's Order file with the District Court, with a copy submitted to the Regional Director, a sworn affidavit from a responsible official of Respondent setting forth, with specificity, the manner in which the Respondent has complied with the terms of this decree.

IT IS SO ORDERED.

DATED: April 17, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE